UNITED STATES of America,
Plaintiff–Appellee,

v.

Frederick Frisalyn BURGESS,
Defendant–Appellant.

No. 13–7046.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 28, 2013.

Decided: Nov. 12, 2013.

Frederick Frisalyn Burgess, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Frisalyn Burgess appeals the district court's text order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burgess,* No. 4:07–cr–00481–TLW–8 (D.S.C. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*